IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3019 |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME TO SERVE SUMMONS |
| HILLARY A. HARNEY, | ) | |
| BRAD ROTH, Attorney at Law, | ) | |
| Trustee, and SOUTHEAST | ) | |
| NEBRASKA AFFORDABLE | ) | |
| HOUSING COUNCIL, INC, a | ) | |
| 501(c)(3) Non-Profit Corporation, | ) | |
| Beneficiary, | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the Plaintiff's Motion for Extension of Time to Serve Summons and Complaint, and Declaration, (filings 8 and 9), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff is granted an extension of time until June 18, 2009, within which to complete service by publication upon Defendant Hillary A. Harney.

DATED March 27, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge