**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:09CV3019** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| **HILLARY A. HARNEY, BRAD ROTH,** | ) | |
| **ATTORNEY AT LAW, Trustee, and** | ) | |
| **S O U T H E A S T   N E B R A S K A** | ) | |
| **AFFORDABLE HOUSING COUNCIL,** | ) | |
| **INC., a 501(c)(3) NON-PROFIT** | ) | |
| **CORPORATION, BENEFICIARY,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the Court on the pro se motion (Filing No. 22) filed by the Defendant, Hillary A. Harney, for reconsideration of the amended judgment and decree of foreclosure *in rem* and order of sale (Filing No. 21). The Court has considered the government's response (Filing No. 23).

Harney requests a 9-month stay under Neb. Rev. Stat. § 25-1506. However, as the government notes § 25-1506 authorizes a stay of three months after entry of the decree on July 2, 2009. Therefore, a stay will be granted until October 2, 2009.

IT IS ORDERED:

1.     The motion for reconsideration (Filing No. 22) filed by the Defendant, Hillary A. Harney, seeking reconsideration of the amended judgment and decree of foreclosure (Filing No. 21) is granted insofar as a stay will be in effect until October 2, 2009, and otherwise the motion is denied;

2.     The sale of the subject real estate described as "Lots Five (5), Six (6) Seven (7), and Eight (8) in Block Sixteen (16) in Starr and Campbells Second

Addition to Brock in Nemaha County, Nebraska" is stayed until October 2,

2009; and

2.     The Clerk is directed to mail a copy of this memorandum and order to Hillary

A. Harney at her last known address.

DATED this 14th day of August, 2009.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge